UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                    CASE NO.  8:04-CR-145-T-17TGW

VICTOR HERNANDEZ.

_____/

ORDER

This cause is before the Court on:

Dkt. 24 Report and Recommendation

The assigned Magistrate Judge conducted an evidentiary hearing on June 16, 2005.  A Report and Recommendation has been entered which recommends that Defendant be found to have violated his conditions of supervised release by engaging in illegal drug activity and by traveling outside the Middle District of Florida without authorization.  No objections to the Report and Recommendation have been filed.  After consideration of the evidence presented at the evidentiary hearing, the Court adopts the Report and Recommendation.  Accordingly, it is

**ORDERED** that the Report and Recommendation is adopted and incorporated herein, and the Court finds that Defendant has violated his conditions of supervised release by engaging in illegal drug activity and by traveling outside the Middle District of Florida without authorization.  A sentencing hearing on this matter will be set by separate notice.

Case No. 8:04-Cr-145-T-17TGW

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 7th day of July, 2005.

                ELIZABETH A. KOVACHEVICH
                United States District Judge

Copies to:
All parties and counsel of record