UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA )
)
v. ) Case No. 8:04-CR-145-T-17TGW
)
VICTOR HERNANDEZ )
_____ )

## AMENDED REVOCATION OF SUPERVISED RELEASE AND JUDGMENT AND COMMITMENT

On the 26th day of July, 2005, came the Assistant United States Attorney and the defendant Victor Hernandez, appeared in person and with counsel Kevin Napper. As of this date, defendant is represented by Richard Escobar.

It appearing to the Court that the above named defendant, having heretofore been convicted on October 20, 2000, of the offense or offenses charged in the indictment or information filed herein, received a sentence imposing incarceration and a period of supervised release.

It further appearing to the Court that the above named defendant has since violated the terms of his supervised release and the Probation Officer of this Court has petitioned the Court to revoke the supervised release provided for in the Judgment and Commitment previously entered herein.

And it further appearing that the Court finds, after hearing from the Probation Officer and the above named defendant, that the defendant has violated the terms of the Judgment and Commitment entered herein.

It is, therefore, ORDERED AND ADJUDGED that the Order imposing supervised release entered herein as to the above named defendant is hereby **REVOKED**.

Case No. 8:04-CR-145-T-17TGW                    USA vs. Victor Hernandez

Upon the Court's consideration of pleadings filed by the Government and Defendant, it is further ORDERED AND ADJUDGED that the Revocation Order of July 27, 2005 is **AMENDED** and the above named defendant is hereby committed to the custody of the Attorney General or his authorized representative for **IMPRISONMENT** for a period of  **EIGHT (8) MONTHS** with credit for time served or until the defendant is otherwise discharged as provided as law.  The Court notes that the Defendant is presently in custody and waived his presence at hearing and/or resentencing; additionally, defense counsel requested an expedited ruling and waived a hearing.

It is further ORDERED that the Clerk deliver a certified copy of this Judgment and Commitment to the United States Marshal or other qualified officer and the copy serve as the commitment of the defendant.

DONE AND ORDERED at Tampa, Florida this _____14th_____ day of September, 2006.

                                    ELIZABETH A. KOVACHEVICH
                                    UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel and Parties
U. S. Marshal Service
U. S. Probation Office